**STATE**

v.

**JEPSON**

20170321

Supreme Court of Utah.

06-16-2017

20140329

Petition for Writ of Certiorari Denied.

■

**BECKER**

v.

**UTE INDIAN TRIBE**

20170357

Supreme Court of Utah.

06-23-2017

20170174

Petition for Writ of Certiorari Denied.

■

**SMITH**

v.

**SMITH**

20170260

Supreme Court of Utah.

05-19-2017

20150354, 392 P.3d 985

Petition for Writ of Certiorari Denied.

■

**ZEMAITIENE**

v.

**HONORABLE BRE**

20170236

Supreme Court of Utah.

05-19-2017

20170116

Petition for Writ of Certiorari Denied.